```
_____ FILED _____ LODGED
        _____ RECEIVED
          Mar 04, 2026
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN JAMES ROSS,<br><br>Defendant. | NO. CR26-5079 TMC<br><br>**INFORMATION** |

The United States charges that:

## COUNT 1

**(Unlawful Possession of Explosives)**

On or about September 22, 2025, in Clark County, within the Western District of Washington, AUSTIN JAMES ROSS, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i.  *Possession of a Controlled Substance with Intent to Manufacture or Deliver*, in Clark County Superior Court, Case No. 24-01-00292-06;

ii. *Retail Theft Special Circumstances – Second Degree*, in Clark County Superior Court, Case No. 24-1-00258-06; and

Information - 1
*United States v. Ross*
USAO No. 2025R01367

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1      iii.    *Retail Theft Special Circumstances in the 2nd Degree*, in Clark County
2              Superior Court, Case No. 24-1-00307-06,
3  did knowingly possess an explosive, that is, any device the primary and common purpose
4  of which is to function by explosion, that had been shipped and transported in interstate
5  commerce.
6      All in violation of Title 18, United States Code, Sections 841(d) and 842(i)(1).

### FORFEITURE ALLEGATION

8      The allegations contained in Count 1 of this Information are hereby realleged and
9  incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the
10  offense alleged in Count 1, AUSTIN JAMES ROSS shall forfeit to the United States,
11  pursuant to Title 18, United States Code, Section 844(c)(1), by way of Title 28, United
12  States Code, Section 2461(c), any explosive materials involved or used, or intended to be
13  used, in the offense, and pursuant to Title 18, United States Code, Section 982(a)(2)(B),
14  any property constituting or derived from proceeds the defendant obtained directly or
15  indirectly as a result of the offense.
16  //
17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27

Information - 2
*United States v. Ross*
USAO No. 2025R01367

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  **Substitute Assets.** If any of the above-described forfeitable property, as a result of
2  any act or omission of the defendant,
3      a.    cannot be located upon the exercise of due diligence;
4      b.    has been transferred or sold to, or deposited with, a third party;
5      c.    has been placed beyond the jurisdiction of the Court;
6      d.    has been substantially diminished in value; or,
7      e.    has been commingled with other property which cannot be divided
8      without difficulty,
9  it is the intent of the United States to seek the forfeiture of any other property of the
10  defendant, up to the value of the above-described forfeitable property, pursuant to
11  Title 21, United States Code, Section 853(p).

13  DATED this _____ day of March 2026.

17  THOMAS M. WOODS
   Acting Criminal Chief
18  Assistant United States Attorney

21  MARCI L. ELLSWORTH
   Assistant United States Attorney

24  VICTORIA CANTORE
   Assistant United States Attorney

Information - 3
*United States v. Ross*
USAO No. 2025R01367

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800